# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Niking Corporation ) ASBCA Nos. 60731, 61394
)
Under Contract No. W9128A-12-C-0003 )

APPEARANCE FOR THE APPELLANT: Brian A Darst, Esq.
Reston, VA

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
Engineer Chief Trial Attorney
Robyn U. Au, Esq.
Nathan K. Sadowski, Esq.
Engineer Trial Attorneys
U.S. Army Engineer District, Honolulu
Fort Shafter, HI

## ORDER OF DISMISSAL

The dispute that is the subject of these appeals has been settled, and the appeals are hereby dismissed with prejudice.

Dated: December 4, 2018

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60731, 61394, Appeals of Niking Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals